## SUPREME COURT OF THE UNITED STATES
### OFFICE OF THE CLERK
### WASHINGTON, DC  20543-0001

April 1, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

RE: Charles R. Ray v. Texas
TXCoCRA WE-49,997-05
No: 14-9113

Dear Clerk:

The above-entitled petition for a writ of certiorari was originally postmarked December 8, 2014 and received again on March 31, 2015. The papers are returned for the following reason(s):

The petition is out-of-time. The date of the lower court judgment or order denying a timely petition for rehearing was August 20, 2014. Therefore, the petition was due on or before November 18, 2014. Rules 13.1, 29.2 and 30.1. When the time to file a petition for a writ of certiorari in a civil case (habeas action included) has expired, the Court no longer has the power to review the petition.

The order dated September 16, 2014 does not appear to be the denial of a timely filed petition for reconsideration/rehearing.

The petition in case #14-9113 has been removed from the docket.

Sincerely,
Scott S. Harris, Clerk
By:

Andrew Downs
(202) 479-3038

Enclosures